**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

December 14, 2012

Southern District Of New York
500 Pearl Street, Room 120
New York, NY 10007-1312

Transfer of ☐ Criminal Case or ☑ Magistrate Case
Case No. SA12-582M     Case Title: USA v. Abdul Walji

Dear Sir/Madam:

**Pursuant to F.R.CR.P. 5:**
☐ Certified copy of case file documents (Filed prior to January 1, 2007**) and docket sheet
☑ This is an electronically filed case and the documents are available through pacer
☑ Not for public view document (pursuant to Judicial Conference policy)
☐ Original Bond    or   ☐ Original Bond to be forwarded by Fiscal
☐ Original Passport  or   ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☑ Other  Affidavit of Sureties(NFPV)

**Pursuant to ☐ F.R.CR.P. 20 / ☐ F.R.CR.P. 21:**
☐ This is an electronically filed case and the documents are available through pacer.
☐ Certified copy of docket sheet
☐ Certified copy of Indictment / Information**   ☐ Original Consent of defendant
☐ Original Passport    or   ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other

**Note: Documents filed on or after January 1, 2007 are available electronically through PACER.**
Electronically filed documents can be retrieved by using your court's pacer account.

Sincerely,

Clerk, U.S. District Court

By  N. Interiano
     Deputy Clerk

*cc:* U.S. Attorney -Central District of California and Receiving District, Pretrial Services

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

☐ CrimIntakeCourtDocs-LA@cacd.uscourts.gov   (Los Angeles Offices)
☐ CrimIntakeCourtDocs-RS@cacd.uscourts.gov   (Riverside Office)
☑ CrimIntakeCourtDocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case No: _____    Clerk, U.S. District Court

_____    By: _____
Date                                              Deputy Clerk

CR-48 (09/10)            LETTER RE: F.R.CR.P. 5, 20 and 21 - TRANSFER OUT